UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NOKIA OF AMERICA CORPORATION**,<br><br>                                    Plaintiff,<br><br>v.<br><br>**VOXLINE LLC**,<br><br>                                    Defendant. | |

### NOKIA OF AMERICA CORPORATION'S
### MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiff Nokia of America Corporation ("Nokia") moves the Court for an order requiring Defendant VoxLine LLC to return the Nokia Equipment that VoxLine currently is withholding without legal basis. Nokia asks the Court to order the immediate return of the Nokia Equipment, as well as any other relief, including attorneys' fees and costs, as the Court deems appropriate.

As set forth in greater detail in the accompanying Memorandum in Support and attached Exhibits, Nokia seeks a declaration as to the parties' rights in the Nokia Equipment, for which VoxLine has no contractual or otherwise legal right to possess. A preliminary injunction requiring the return of the Nokia Equipment is necessary to prevent the immediate and irreparable harm Nokia is suffering and will continue to suffer as a result of VoxLine's illegal tactics. Without immediate relief, Nokia faces continuing irreparable harm, whereas VoxLine suffers no harm in being required to turn over the Nokia Equipment. A preliminary injunction is warranted based on the weighing of the harms and equities, and is in accord with public policy.

Dated: August 12, 2025.				Respectfully submitted,

						By: /s/ Leigh M. Skipper
						**DUANE MORRIS LLP**
						Leigh M. Skipper
						James H. Steigerwald
						30 South 17th Street
						Philadelphia, PA 19103-4196
						Telephone: 215-979-1000
						LMSkipper@duanemorris.com
						JHSteigerwald@duanemorris.com

						**ALSTON & BIRD LLP**
						Matthew D. Richardson (*pro hac vice forthcoming*)
						Bryan W. Lutz (*pro hac vice forthcoming*)
						1201 West Peachtree Street
						Atlanta, GA 30309
						Telephone: (404) 881-7000
						matt.richardson@alston.com
						bryan.lutz@alston.com

						*Attorneys for Plaintiff Nokia of America Corporation*